## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

EMMA HOWARD                                                                    PLAINTIFF

VS.                                        CIVIL ACTION NO.: 4:12-CV-00087-SA-JMV

DIRECT GENERAL INSURANCE
COMPANY OF MISSISSIPPI, ET AL                                     DEFENDANT

## ORDER

  This matter is before the Court upon the joint motion of the parties to stay the case management conference (#35). The court has considered the motion and the posture of the case and the motion is not well taken. However, the parties are relieved of the requirement of submitting a proposed case management order.

  **IT IS THEREFORE, ORDERED AND ADJUDGED** that the motion to stay the case management conference is DENIED. However, it is not necessary that the parties submit a proposed case management order prior to or at the scheduled February 20, 2013 case management conference. The parties shall nevertheless provide the court with confidential memoranda and be prepared to discuss the status of the case as well as the necessity for discovery and potential deadlines at the scheduled case management conference.

  **SO ORDERED**, this the 4th day of February, 2013.

/s/Jane M. Virden
**HONORABLE JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**
