IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EMMA HOWARD                                                                                              PLAINTIFF

v.                                                        CIVIL ACTION NO.: 4:12-cv-87-SA-JMV

DIRECT GENERAL INSURANCE COMPANY
OF MISSISSIPPI, DIRECT GENERAL INSURANCE
AGENCY, INC., DIRECT GENERAL CORPORATION,
DIRECT GENERAL INSURANCE COMPANY, and
NATION MOTOR CLUB (a/k/a NATION SAFE DRIVERS, LLC),
and LEVAR HILL                                                                                         DEFENDANTS

ORDER REMANDING CASE

For the reasons set forth in a Memorandum Opinion entered this day, the Court *sua sponte* determines that it has no subject matter jurisdiction over the present matter. Accordingly, this case is hereby remanded to the Circuit Court of Leflore County, Mississippi.

SO ORDERED, this the 27th day of September, 2013.

/s/ Sharion Aycock_____
U.S. DISTRICT JUDGE